Case 4:17-cv-00092   Document 12   Filed in TXSD on 04/20/17   Page 1 of 1
Case 4:17-cv-00092   Document 11-1   Filed in TXSD on 04/18/17   Page 1 of 1

United States District Court
Southern District of Texas

**ENTERED**
April 20, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIRTUAL COMPUTE CORPORATION, §<br>§<br>Plaintiff, §<br>§<br>vs. §<br>§ CIVIL ACTION NO. 4:17-CV-00092<br>§<br>SENTINEL INSURANCE COMPANY, §<br>LTD §<br>§<br>Defendant. §<br>§<br>§ | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff and Defendant move to dismiss this action in its entirety with prejudice, each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's and Defendant's Joint Motion to Dismiss with Prejudice in its entirety is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

SIGNED this 20th day of April 2017.

_____
JUDGE PRESIDING